989 F.2d 494
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Michael W. OWENS, Plaintiff-Appellant,
v.
Bonnie CALL, Defendant-Appellee.
 No. 92-6893.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: January 4, 1993
Decided: March 17, 1993
 
 Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (CA-92-579-R)
 Michael W. Owens, Appellant Pro Se.
 Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.
 W.D.Va.
 AFFIRMED.
 Before MURNAGHAN, NIEMEYER, and LUTTIG, Circuit Judges.
 PER CURIAM:
 
 OPINION
 
 1
 Michael W. Owens appeals from the district court's order denying preliminary injunctive relief in Owens's 42 U.S.C.s 1983 (1988) action. Our review of the record and the district court's opinion discloses no abuse of discretion and that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Owens v. Call, No. CA-92-579-R (W.D. Va. Aug. 21, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED